UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD,<br><br>            Plaintiff,<br>    v.<br><br>CHERIE CHRISTINE OWENS,<br><br>            Defendant. | CASE NO. 3:24-cv-05839-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8.) |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Magistrate Judge Grady J. Leupold.  (Dkt. No. 8.)  The Court having considered the R&R and the remaining record de novo, and no objection having been filed, does hereby find and orders as follows:

(1) The R&R is **ADOPTED**;

(2) The case is **DISMISSED** with prejudice and Plaintiff's application to proceed in forma pauperis is **DENIED** as moot; and

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8.) - 1

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 6th day of December, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8.) - 2